IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES REPIKA, on behalf of himself and a class, | ) ) ) | Case No. 12-cv-04290 |
| Plaintiffs, v. | ) ) ) | Mag. Jeffrey T. Gilbert |
| ACCELERATED FINANCIAL SOLUTIONS, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT OF DISMISSAL

Plaintiff James Repika ("Plaintiff") and Defendant Accelerated Financial Solutions, LLC ("Defendant"), respectfully request that the Court enter the Parties' Proposed Final Judgment of Dismissal attached hereto as *Exhibit A*.

In support of this request, the Parties state as follows:

1. On June 4, 2013, this Court entered an Order granting final approval to the Class Settlement Agreement (*Docket No. 56*) (the "Order").

2. The Order directed Defendant to deliver the Settlement Fund to the Class Administrator for distribution by the Class Administrator in accordance with the provisions of the Final Approval Order. The Settlement Fund has now been delivered to the Class Administrator and a Final Accounting has been filed with the Court. (*Docket No. 57*).

3. Additionally, the Final Approval Order provides that the Parties shall file an agreed motion requesting entry of final judgment dismissing this litigation with prejudice and without costs (other than such costs payable from the Settlement Fund, as authorized by the Court as part of the Order).

4.     Consequently, the Parties now seek entry of a Final Judgment of Dismissal, a proposed draft of which is attached hereto as *Exhibit A*.

Respectfully submitted,

| JAMES REPIKA | ACCELERATED FINANCIAL SOLUTIONS, LLC |
|---|---|
| s/Sharon Goott Nissim | s/Stacie E. Barhost |
| *By one of his attorneys* | *By one of its attorneys* |
| Daniel A. Edelman | Stacie E. Barhorst |
| Sharon Goott Nissim | Kaplan, Papadakis & Gournis, P.C. |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | 180 N. LaSalle St. Suite 2108 |
| 120 South LaSalle Street, Suite 1800 | Chicago, IL 60601 |
| Chicago, Illinois 60603 | (312) 726-0531 |
| (312) 739-4200 | (312) 726-4928 (FAX) |
| (312) 419-0379 (FAX) | |

## **CERTIFICATE OF SERVICE**

I, Sharon Goott Nissim, certify that on November 4, 2013, I had a copy of the foregoing document filed with the court via CM/ECF, which caused it to be sent to:

Stacie E. Barhorst
sbarhorst@kpglaw.com

Eric D. Kaplan
ekaplan@kpglaw.com

/s/ Sharon Goott Nissim
Sharon Goott Nissim

Daniel A. Edelman
Cathleen M. Combs
Sharon Goott Nissim
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)