**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES REPIKA, | ) | |
| on behalf of himself and a class, | ) | Case No. 12-cv-04290 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Mag. Jeffrey T. Gilbert |
| | ) | |
| ACCELERATED FINANCIAL | ) | |
| SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT OF DISMISSAL**

Plaintiff James Repika ("Plaintiff") and Defendant Accelerated Financial Solutions, LLC

("Defendant"), respectfully request that the Court enter the Parties' Proposed Final Judgment of

Dismissal attached hereto as *Exhibit A*.

In support of this request, the Parties state as follows:

1.    On June 4, 2013, this Court entered an Order granting final approval to the Class

Settlement Agreement (*Docket No. 56*) (the "Order").

2.    The Order directed Defendant to deliver the Settlement Fund to the Class

Administrator for distribution by the Class Administrator in accordance with the provisions of

the Final Approval Order.   The Settlement Fund has now been delivered to the Class

Administrator and a Final Accounting has been filed with the Court. (*Docket No. 57*).

3.    Additionally, the Final Approval Order provides that the Parties shall file an

agreed motion requesting entry of final judgment dismissing this litigation with prejudice and

without costs (other than such costs payable from the Settlement Fund, as authorized by the

Court as part of the Order).

4.      Consequently, the Parties now seek entry of a Final Judgment of Dismissal, a proposed draft of which is attached hereto as *Exhibit A*.

Respectfully submitted,

JAMES REPIKA

ACCELERATED FINANCIAL
SOLUTIONS, LLC

s/Sharon Goott Nissim
*By one of his attorneys*
Daniel A. Edelman
Sharon Goott Nissim
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

s/Stacie E. Barhost
*By one of its attorneys*
Stacie E. Barhorst
Kaplan, Papadakis & Gournis, P.C.
180 N. LaSalle St.
Suite 2108
Chicago, IL 60601
(312) 726-0531
(312) 726-4928 (FAX)

**CERTIFICATE OF SERVICE**

I, Sharon Goott Nissim, certify that on November 4, 2013, I had a copy of the foregoing document filed with the court via CM/ECF, which caused it to be sent to:

Stacie E. Barhorst
sbarhorst@kpglaw.com

Eric D. Kaplan
ekaplan@kpglaw.com

/s/ Sharon Goott Nissim
Sharon Goott Nissim

Daniel A. Edelman
Cathleen M. Combs
Sharon Goott Nissim
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)